# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2110
Lower Tribunal No. F18-17745
_____

**Frederick Lawrence Cole, III,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Frederick Lawrence Cole, III, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Long v. State</u>, 183 So. 3d 342, 345 (Fla. 2016) ("If a defendant seeks to make a newly discovered evidence claim, he must timely file a postconviction motion based on newly discovered evidence to vacate his judgment and sentence and meet a two-prong test ... 'First, the evidence must not have been known by the trial court, the party, or counsel at the time of trial, and it must appear that the defendant or defense counsel could not have known of it by the use of diligence. Second, the newly discovered evidence must be of such nature that it would probably produce an acquittal on retrial.'" (quoting <u>Tompkins v. State</u>, 994 So. 2d 1072, 1086 (Fla. 2008)); <u>Scott v. Dugger</u>, 634 So. 2d 1062, 1065 (Fla. 1993) ("[W]e find that the evidence asserted as new in these proceedings is not newly discovered evidence.").